No. 80–1586. In re Gulf Oil Corp. Petition for writ of mandamus denied. Justice Stewart took no part in the consideration or decision of this petition.

No. 80–1290. Clements, Governor of Texas, et al. v. Fashing et al. Appeal from C. A. 5th Cir. Probable jurisdiction noted.

No. 80–1431. In re R. M. J. Appeal from Sup. Ct. Mo. Probable jurisdiction noted.

No. 80–1666. Larson, Commissioner of Securities, Minnesota Department of Commerce, et al. v. Valente et al. Appeal from C. A. 8th Cir. Probable jurisdiction noted.

No. 80–1681. Village of Hoffman Estates et al. v. The Flipside, Hoffman Estates, Inc. Appeal from C. A. 7th Cir. Probable jurisdiction noted. Justice Stevens took no part in the consideration or decision of this case.

No. 80–1556. Cory, Controller of California, et al. v. White, Attorney General of Texas, et al. C. A. 5th Cir. Certiorari granted.

No. 80–1562. Marine Bank v. Weaver et ux. C. A. 3d Cir. Certiorari granted.

No. 80–1614. Jewett et ux. v. Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari granted.

No. 80–1398. Doe et al. v. Goldman et al. C. A. 1st Cir. Certiorari denied.